Robert Lauson, Esq., No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90266
Tel. (310) 726-0892
Fax (310) 726-0893
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPELLBOUND DEVELOPMENT GROUP, INC.<br>Plaintiff(s)<br>v.<br>PACIFIC HANDY CUTTER, INC. et al,<br>Defendant(s). | CASE NUMBER:<br>SACV09-00951 DOC (ANx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Spellbound Development Group, Inc.__  ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute __William J. Brown Jr., Brown, Wegner & Berliner LLP__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__2603 Main Street, Suite 1050__
*Street Address*

__Irvine__                          __bill@bwb-lawyers.com__
*City, State, Zip*                  *E-Mail Address*

__949-705-0080__      __949-794-4099__      __192,950__
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record in place and stead of __Jon Pfeiffer, Pfeiffer Thigpen FitzGibbon & Ziontz LLP__
*Present Attorney*

is hereby  ☒ GRANTED   ☐ DENIED

Dated __October 28, 2010__                    _[signature]_
                                              U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY