1 Dean A. Dickie (*Admitted Pro Hac Vice*)
dickie@millercanfield.com
2 Ryan C. Williams (*Admitted Pro Hac Vice*)
williamsr@millercanfield.com
3 MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
225 West Washington Street, Suite 2600
4 Chicago, Illinois 60606
Telephone: 312.460.4217
5 Facsimile: 312.460.4288
(*Lead Counsel*)

6

7 George L. Hampton IV (State Bar No. 144433)
ghampton@hamptonholley.com
8 Colin C. Holley (State Bar No. 191999)
cholley@hamptonholley.com
HAMPTONHOLLEY LLP
9 2101 East Coast Highway, Suite 260
Corona del Mar, California 92625
10 Telephone: 949.718.4550
Facsimile: 949.718.4580
11 (*Local Counsel*)

12 Attorneys for Defendants and Counterclaimants
PACIFIC HANDY CUTTER, INC., FRONT LINE
13 SALES, INC., and STANLEY BLACK & DECKER,
INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SPELLBOUND DEVELOPMENT GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC HANDY CUTTER, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 09-0951 DOC(ANx)<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER RE TESTIMONY OF MICHAEL WOOD**<br><br>**DISCOVERY MATTER** |

STIPULATED PROTECTIVE ORDER RE TESTIMONY OF MICHAEL WOOD

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

# STIPULATION REGARDING TESTIMONY OF MICHAEL WOOD

IT IS HEREBY STIPULATED by the parties, by and through their respective attorneys of record and pursuant to FED. R. CIV. P. 26(c) and 29 that upon entry of this Protective Order, the testimony offered by Michael Wood in this case shall be had on the following terms and conditions:

## RECITALS

WHEREAS, this litigation involves patent infringement claims by Plaintiff, Spellbound Development Group, Inc. ("Spellbound"), against Defendants Pacific Handy Cutter, Inc. ("PHC"), Front Line Sales, Inc. ("Front Line"), and Stanley Black & Decker, Inc. ("Stanley"), and counterclaims for patent infringement, false patent marking, violation of the Lanham Act, patent abuse and unfair competition under B&P Code §17200 against Spellbound, as well as various affirmative defenses;

WHEREAS, this litigation does not involve claims of wrongdoing by Spellbound against Michael Wood ("Wood"), individually;

WHEREAS, Wood was previously employed by Spellbound as Vice President of Sales and Marketing between 1999 and 2008;

WHEREAS, Wood's employment with Spellbound was terminated by Spellbound on July 11, 2008;

WHEREAS, Spellbound and Wood entered into a Separation Agreement dated July 11, 2008 upon the termination of Wood's employment with Spellbound;

WHEREAS, Wood and Earl Votolato ("Votolato"), President and CEO of Spellbound, signed the Separation Agreement dated July 11, 2008;

WHEREAS, Section 10 of the Separation Agreement provides in part:

> During your employment, you were entrusted with access to highly confidential trade secrets of the Company concerning its customers, bids, prospects, finances, business plans, personnel, and other areas. You agree to keep all such information confidential and not to use or disclose it for any purpose after your termination.

1         WHEREAS, the Separation Agreement does not provide any exception for the disclosure of any such information pursuant to subpoena, deposition, or as required by law;

        WHEREAS, the deposition of Wood commenced on January 26, 2011 and was adjourned by Defendants so that Defendants could seek a protective order relating to the issues addressed in the present stipulation;

        WHEREAS, Spellbound seeks to resume and complete the deposition of Wood relative to the above-captioned matter;

        WHEREAS, Wood has raised a concern that the testimony provided by Wood during a deposition may violate Section 10 of the Separation Agreement as written;

        WHEREAS, Wood has represented that he fears that his truthful testimony pursuant to Spellbound's notice of deposition might be deemed by Votolato and Spellbound to be a violation of Section 10 of the Separation Agreement;

        WHEREAS, Wood represents that to date he has kept any Spellbound highly confidential information and trade secrets to himself and has not disclosed any such information to any of the Defendants;

        THE PARTIES HEREBY STIPULATE AS FOLLOWS:

    1.     Spellbound hereby waives Section 10 of the Separation Agreement as to the testimony offered by Wood at his deposition or at trial for the above-captioned matter;

    2.     The testimony offered by Wood during any deposition or trial for the above-captioned matter, and the facts disclosed in such testimony, may be used only for purposes of prosecuting, defending, attempting to settle this litigation, trial, appeal and any other matters necessary to the litigation of this matter, and shall not be used or relied upon by any party or Wood in any subsequent proceeding as a basis for any claim or defense, including any alleged breach or violation of the Separation Agreement;

1    3.   The testimony offered by Wood during any deposition for the above-
2 captioned matter will be designated by the parties as "Highly Confidential – Attorneys'
3 Eyes Only" pursuant to Section 2.4 of the Stipulated Protective Order re Confidential
4 Information entered on July 7, 2010 (Doc. #55), which is incorporated by reference as
5 though fully forth set herein, and such testimony will be afforded the full extent of the
6 protections as set forth in the Stipulated Protective Order re Confidential Information
7 entered on July 7, 2010;

8    4.   The parties agree that the designation of Wood's deposition testimony
9 as "Highly Confidential – Attorneys' Eyes Only" shall not subsequently challenged;

11    5.   Spellbound may resume the deposition of Wood and Wood shall
12 appear and provide testimony at said deposition.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

IT IS SO STIPULATED.

Dated: May 5, 2011            William J. Brown, Jr.
                              BROWN, WEGNER & BERLINER LLP


                              By: /s/ William J. Brown, Jr.
                                  William J. Brown, Jr.

                              Attorneys for Plaintiff SPELLBOUND
                              DEVELOPMENT GROUP, INC.

Dated: May 5, 2011            Dean A. Dickie
                              Ryan C. Williams
                              MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                              George L. Hampton IV
                              Colin C. Holley
                              HAMPTONHOLLEY LLP


                              By: /s/ Ryan C. Williams (with permission)
                                  Ryan C. Williams

                              Attorneys for Defendants and Counterclaimants
                              PACIFIC HANDY CUTTER, INC., FRONT
                              LINE SALES, INC. and STANLEY BLACK &
                              DECKER, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 9, 2011

_____
Honorable Arthur Nakazato
United States Magistrate Judge


18,794,108.1\133657-00002

5

STIPULATED PROTECTIVE ORDER RE TESTIMONY OF MICHAEL WOOD