UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 09-0951-DOC(ANx)                                              Date: January 6, 2012

Title: SPELLBOUND DEVELOPMENT GROUP INC. V. PACIFIC HANDY CUTTER INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Julie Barrera                                                    Not Present   
Courtroom Clerk                                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER FOR PLAINTIFF TO SHOW CAUSE WHY DOCUMENTS MUST BE FILED UNDER SEAL

      Before the Court is an Application for an Order to File Certain Documents Under Seal or, Alternatively for an Order Authorizing Defendants to File Documents Normally ("Application") lodged by Defendants Pacific Handy Cutter, Inc., Front Line Sales, Inc., and Stanley Black & Decker, Inc. (collectively "Defendants"). *See* Application (Dkt. 380). Defendant seeks to file under seal the following documents:

- Memorandum in Support of Defendants' Motion in Limine No. 2

- Exhibits A, B, and C to Declaration of Ryan C. Williams in Support of Defendants' Motion in Limine No. 2

- Memorandum in Support of Defendants' Motion in Limine No. 3; and

- Exhibits C, D, E, and F to Declaration of Ryan C. Williams in Support of Defendants' Motion in Limine No. 3

      At a hearing on November 7, 2011, the Court informed the parties that it is **not inclined to accept any more filings under seal**. Neither party objected.

MINUTES FORM 11 DOC                                                          Initials of Deputy Clerk: jcb
CIVIL - GEN                                                                  Page 1 of 2

The Court believes that the documents at issue here should not be filed under seal and, if filed normally, would not violate the Protective Order issued on July 7, 2010.  *See* Order (Dkt. 55).  For that reason, the Court previously rejected Defendants' attempt to file these documents under seal.  *See* Order (Dkt. 370).

The Court **ORDERS Plaintiff to SHOW CAUSE** on or before **January 10, 2012**, why Defendants' documents should not be filed normally–that is, not under seal.  If Plaintiff believes these documents should be filed under seal, Plaintiff shall: (1) **file a redacted version of the documents**; and (2) lodge a brief of **no more than 15 pages** that:

- Identifies by page number and, if possible, by line number, the particular information that must be protected

- Quotes this information sufficiently to indicate which specific statements or facts merit protection

- Explains why this information must be protected and explains the need for protection in more detail than simply citing the Protective Order (Dkt. 55)

If Plaintiff believes these documents should be filed under seal and thus lodges a brief by January 9, 2011, Plaintiff may lodge its brief under seal.  The Court will then decide whether to grant or deny Defendants' Application after reviewing Plaintiff's brief.

Alternatively, **if Plaintiff files no brief on January 10, 2012**, this Order GRANTS Defendants' Application (Dkt. 380) to file their documents normally–that is, not under seal.

The Clerk shall serve this minute order on all parties to the action.